**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**Brandon Rojas Gonzalez,**

**Petitioner/Plaintiff,**

**v.**

**WARDEN,** Central Louisiana ICE Processing Center**,**

**TODD LYONS**, Acting Director, Immigration and Customs Enforcement, **MARKWAYNE MULLIN**, Secretary of United States Department of Homeland Security, **BRIAN ACUNA,** Immigration and Customs Enforcement, New Orleans Field Office Director, **TODD BLANCHE**, Acting United States Attorney General,

**Respondents/Defendants**

**Civil Action No. 1:26-cv-03050**

**ORDER**

Upon consideration of Petitioner Rojas Gonzalez's Notice of Voluntary Dismissal, the Court enters the following Orders:

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus shall be dismissed by this Court without prejudice.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 2nd day of September 2026.

U.S. District Judge

Western District of Louisiana